IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**KEVIN KEAY,**

    Plaintiff,

v.

**V.A. REGIONAL OFFICE PORTLAND,**

    Defendant.

No. 3:19-cv-01297-MO

OPINION AND ORDER

**MOSMAN, J.,**

On November 14, 2019, Plaintiff issued a summons as to the V.A. Regional Office in Portland [ECF 11]. Return of Service was executed on November 27, 2019. [ECF 12]. However, in order to serve a United States agency, a plaintiff must also serve the United States. Fed. R. Civ. P. 4(i)(2) ("... [A] party must serve the United States and also send a copy of the summons and of the complaint . . . to the agency . . .").

To serve the United States, a party must issue a summons as to the U.S. Attorney's Office for the district in which the lawsuit is filed (here, Portland), and a summons as to the Attorney General of the United States in Washington, D.C. Fed. R. Civ. P. 4(i)(1)(A)-(B). The summons as to the U.S. Attorney's Office may be hand delivered or sent by registered or certified mail. Fed. R. Civ. P. 4(i)(1)(A)(i)-(ii). The summons as to the Attorney General must be sent by

1 – OPINION AND ORDER

registered or certified mail. Fed. R. Civ. P. 4(i)(1)(B).

Plaintiff is hereby ordered to serve the United States in accordance with the rules outlined above. No answer deadline will be set in this case until Plaintiff complies with this order and service is returned as to the United States. The answer deadline set on November 27, 2019, is hereby STRICKEN from the record. Plaintiff is ORDERED to serve the United States in compliance with this order by February 3, 2020. If Plaintiff does not comply with this order, this case will be dismissed in accordance with this court's Order to Show Cause. [ECF 8].

IT IS SO ORDERED.

DATED this 17TH day of January, 2020.

MICHAEL W. MOSMAN
United States District Judge